**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DE'JARNETTE JOHNSON** **PLAINTIFF**

**v.** **CASE NO. 4:24-CV-01094-BSM**

**SERGEANT DAKOTAH BAILEY** **DEFENDANT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 14th day of September, 2026.

UNITED STATES DISTRICT JUDGE